# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

RECEIVED
2010 AUG 25 PM 4:41
U.S. MARSHALS SERVICE
NORTHERN GEORGIA

| | |
|---|---|
| LUIGINO'S INTERNATIONAL, INC., a Florida corporation, | : |
| v. | : CIVIL ACTION FILE<br>: NO. 1:07-CV-1379-ODE |
| MILLER INTERNATIONAL FOODS, INC., and JAMIR MILLER, | : |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jamir Miller,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

failing obey this Court's orders of March 23, 2010, May 3, 2010 and July 21, 2010 directing him to appear for his post-judgment deposition.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 07 2010

JAMES N. HATTEN, Clerk
By: Deputy Clerk

Date:   Aug 25, 2010

*Issuing officer's signature*

City and state:   Atlanta, GA

ORINDA D. EVANS, U. S. District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8-25-10, and the person was arrested on *(date)* 10-1-10
at *(city and state)* Phoenix, AZ.

Date: 10-1-10

by Shonn Benton
*Arresting officer's signature*

USMS N/GA
*Printed name and title*

# 19466-308